IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-120-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VINES PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| A SMITH & WESSON, .40 CALIBER | ) |
| HANDGUN, SERIAL NUMBER PAZ3200; | ) |
| | ) |
| Defendant. | ) |

## AMENDED DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication was not required, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendant was duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

1

2. No entitled persons have filed any claim to the defendant nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendant are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant is forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry # 12 ; and

5. The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby directed to dispose of the defendants according to law.

SO ORDERED this 8 day of April , 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2